1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       150 Almaden Blvd., Ste. 900
        San Jose, California 95113
6       Telephone: (415) 912-6370
        Email: james.scharf@usdoj.gov
7
   Attorneys for Defendants
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

IOANA BAIU,                          )  CASE NO. 21-02189-SVK
                                     )
            Plaintiff,               )
                                     )
     v.                              )  STIPULATION AND [PROPOSED] ORDER RE
                                     )  STAY AND SUBSTITUTION
                                     )
UNITED STATES DEPARTMENT OF          )
VETERANS AFFAIRS, ET AL.,            )
                                     )
            Defendants.              )
                                     )
_____)

     Whereas, Plaintiff sues Defendants under the Federal Tort Claims Act ("FTCA").

     Whereas, the United States is the sole proper defendant in a FTCA action. *See* 14 Wright & Miller, Federal Practice & Procedure: Jurisdiction § 3658 (4th ed. Apr. 2021 update) (collecting cases).

     Whereas, Plaintiff was a Stanford surgical resident assigned to work at the VA in Palo Alto, California when Plaintiff was injured by a VA employee while working at the VA.

     Whereas, a question has arisen whether Plaintiff was employed by the VA for purposes of the Federal Employees' Compensation Act ("FECA"), 5 U.S.C. § 8101 *et seq.*

*Baiu v. United States Department of Veterans Affairs, et al.*
Case No. 21-02189-SVK
Stipulation and [Proposed] Order re Stay and Substitution
                                     1

1     Whereas, FECA would be Plaintiff's exclusive remedy if FECA covers the subject accident.

2 *See Mathirampuzha v. Potter*, 548 F.3d 70, 72 (2d Cir. 2008).

3     Whereas, the Secretary of Labor's determination of whether there is coverage under FECA is

4 conclusive.  *See id.; Figueroa v. United States*, 7 F.3d 1405, 1408 (9th Cir. 1993).

5     Whereas, Plaintiff has opened (or will soon open) a FECA claim with the Department of Labor.

6     Whereas, on July 14, 2021, the undersigned AUSA requested the Department of Labor

7 Solicitor's Office to investigate the FECA coverage issue and make a recommendation to the Secretary

8 of Labor as to whether the subject accident is covered under FECA.

9     Whereas, Defendant anticipates that the Secretary of Labor will render a decision in a few

10 months.

11     Whereas, a federal court should stay or dismiss an FTCA action pending the Secretary of Labor's

12 determination of whether FECA applies.  *See Moe v. United States*, 326 F.3d 1065, 1068 (9th Cir. 2003).

13     Therefore, the parties respectfully request the Court to issue the following [Proposed] Order.

15 Respectfully submitted,

16                                STEPHANIE M. HINDS
                                 Acting United States Attorney

18 Dated:  July 16, 2021                      */s/*_____
                                 JAMES A. SCHARF
19                                Assistant United States Attorney
                                 Attorneys for Defendants

22  Dated July 16, 2021                       */s/*_____
                                 LARRY Q. PHAN
                               Attorney for Plaintiff

28 *Baiu v. United States Department of Veterans Affairs, et al.*
Case No. 21-02189-SVK
Stipulation and [Proposed] Order re Stay and Substitution

[PROPOSED] ORDER

By agreement of the parties, and good cause appearing, the United States shall be substituted for the named defendants as the sole defendant in this action. Further, this action shall be stayed pending the Secretary of Labor's determination of whether FECA covers the subject accident. The parties shall promptly report to the Court the Secretary of Labor's decision. If the Secretary of Labor concludes that FECA does not apply, Defendant shall respond to the Complaint within 21 days of learning of the Secretary of Labor's decision. If the Secretary of Labor concludes that FECA does apply, the parties shall promptly request dismissal of this action.

IT IS SO ORDERED.

Dated: July 20, 2021

~~Hon. Susan van Keulen~~
~~United States Magistrate Judge~~

Hon. Beth Labson Freeman
United States District Court Judge

*Baiu v. United States Department of Veterans Affairs, et al.*
Case No. 21-02189-SVK
Stipulation and [Proposed] Order re Stay and Substitution
3